UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>Plaintiff,<br><br>v.<br><br>BARNES, et al.,<br><br>Defendants. | No. 2:12-cv-02250 WBS AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 15, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 15, 2013, are adopted in full;

2. Defendants' motion to revoke in pauperis status, ECF No. 24, is granted on the ground that plaintiff is barred from proceeding in this action under the "three strikes" provision of § 1915(g);

3. Plaintiff is directed to pay the $350 filing fee in full within thirty days; and

4. This case will be dismissed should plaintiff fail to pay the filing fee within the time prescribed.

Dated:  January 14, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/md; bont2250.805