UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | No. 2:12-cv-2250 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| BARNES, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file objections to the January 14, 2014 order adopting the Findings and Recommendations of the magistrate judge and granting defendants' motion to revoke plaintiff's in forma pauperis ("IFP") status. ECF No. 34. In the January 14 order, plaintiff's IFP status was revoked and plaintiff was informed that his case would be dismissed unless he pays the $350 filing fee within thirty days of the order. ECF No. 33. Plaintiff does not seek an extension of time to pay the filing fee; instead, his motion requests an extension of time to file objections to this court's ruling. Construed as a motion for reconsideration of the January 14 order, the request is insufficiently supported and plaintiff does not provide good cause for an extension of time to seek reconsideration of this court's order. However, the court will grant plaintiff an extension of time to submit the filing fee.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 34) to file a motion for

1  reconsideration of the January 14, 2014 order is denied; and

2      2. Plaintiff is granted an extension of time of thirty days to submit the filing fee in full.

Dated: February 19, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/bont2250.36x