UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | No. 2:12-cv-02250 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| BARNES, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. By Order filed on January 14, 2014, this court adopted the November 15, 2013 findings and recommendations of the magistrate judge, granting defendants' motion to revoke plaintiff's in pauperis status on the ground that plaintiff is barred from proceeding in this action under the "three strikes" provision of §1915(g). ECF No. 33. Plaintiff was directed to pay the $350 filing fee in full within thirty days and cautioned that the case would be dismissed should plaintiff fail to pay the filing fee within the time prescribed. Id. Thereafter, by Order filed on February 19, 2014, this court denied plaintiff's motion for an extension of time to file a motion for reconsideration of the January 14th order but granted plaintiff a thirty-day extension of time to pay the filing fee in full. ECF No. 36. Plaintiff has not submitted the filing fee and the time for doing so has expired. Instead, plaintiff has submitted two new motions to proceed in forma pauperis (Docket No. 37 and 39). That is insufficient to meet the requirements of §1915(g).

1

1  Accordingly, IT IS ORDERED that this case is dismissed.  <u>See</u> Local Rule 110; Fed. R.
2  Civ. P. 41(b).
3  Dated:  March 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

9  /bont2250.jo

2